IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL HOOK, DAVID SEMAN, BARBARA BROWN, LARRY ONDAKO, and JULIA ONDAKO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEMACOLIN WOODLANDS, INC., a Pennsylvania corporation, d/b/a, NEMACOLIN WOODLANDS RESORT; NEMACOLIN, INC., a Pennsylvania corporation; and NWL, CO., a Pennsylvania corporation,<br><br>Defendants. | Case No.: 2:21-cv-00387-MPK<br><br>Magistrate Judge Maureen P. Kelly |

**JOINT MOTION FOR PRELIMINARY
APPROVAL OF AMENDED CLASS ACTION SETTLEMENT**

Plaintiffs Cheryl Hook, David Seman, Barbara Brown, Larry Ondako, and Julia Ondako ("Plaintiffs") and Defendants Nemacolin Woodlands, Inc. d/b/a Nemacolin Woodlands Resort, Nemacolin, Inc., and NWL, Co. ("Nemacolin" or "Defendants," collectively the "Parties"), hereby jointly move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for preliminary approval of the Parties' proposed Amended Class Action Settlement.

The Parties seek preliminary approval of the class action Amended Settlement Agreement and Release (the "Amended Settlement Agreement"), filed herewith as **Exhibit A**, and respectfully move the Court for an order:

(1)   Finding the terms and conditions of the Parties' proposed Amended Settlement Agreement fair, reasonable, and adequate, and granting preliminary approval of the proposed Settlement so that notice of the Settlement can be provided to Class Members;

(2) Preliminarily certifying the Settlement Class under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only, and provisionally appointing Plaintiffs as Class Representatives, and Joy D. Llaguno of Hook & Hook PLLC as Class Counsel;

(3) Approving the method of notice and the proposed Notice of Class Action Settlement attached as **Exhibit 1** to the Amended Settlement Agreement, and directing that notice of the proposed Settlement be provided to the Settlement Class in accordance with the terms and provisions of the Amended Settlement Agreement; and

(4) Scheduling a Final Approval Hearing to consider whether to grant final approval of the proposed Amended Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law; the proposed Amended Settlement Agreement attached hereto as **Exhibit A** and the exhibits attached thereto, the supporting Declaration of Joy D. Llaguno, Esq., any further briefing or argument as may be presented to the Court, and all other records, pleadings, and papers on file in this action.

A Proposed Order, which includes a Proposed Settlement Schedule, is submitted for the Court's consideration.

Date: January 13, 2023                     Respectfully submitted,

 /s/ Joy D. Llaguno                        /s/ William E. Blick
Joy D. Llaguno                             William E. Blick
**HOOK & HOOK PLLC**                       **GORDON & REES LLP**
430 East Oakview Drive, Suite 101          707 Grant Street, Suite 3800
Waynesburg, PA 15370                       Pittsburgh, PA 15219
Phone: 724-802-7144                        Phone: (412) 577-7400
Fax:    724-802-7959                       Fax: (412) 347-5461
Email: jllaguno@hooklaw.com                Email: wblick@grsm.com

*Counsel for Plaintiffs and the*           *Counsel for Defendants*
*Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the Court's ECF system this 13th day of January, 2023, on all registered parties and counsel of record.

*/s/ Joy D. Llaguno*
Joy D. Llaguno