IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL HOOK, DAVID SEMAN, BARBARA BROWN, LARRY ONDAKO, and JULIA ONDAKO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEMACOLIN WOODLANDS, INC., a Pennsylvania corporation, d/b/a, NEMACOLIN WOODLANDS RESORT; NEMACOLIN, INC., a Pennsylvania corporation; and NWL, CO., a Pennsylvania corporation,<br><br>Defendants. | Case No.: 2:21-cv-00387-MPK<br><br>Magistrate Judge Maureen P. Kelly |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Cheryl Hook, David Seman, Barbara Brown, Larry Ondako, and Julia Ondako ("Plaintiffs") and Defendants Nemacolin Woodlands, Inc. d/b/a Nemacolin Woodlands Resort, Nemacolin, Inc., and NWL, Co. ("Nemacolin" or "Defendants," collectively the "Parties"), hereby jointly move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of the Parties' proposed Amended Settlement (the "Settlement") and certification of the Settlement Class as defined in the Amended Settlement Agreement. The Court preliminarily approved the Settlement on January 19, 2023. ECF No. 109.

In support of this Motion, the Parties submit the accompanying Memorandum of Law, the Declaration of Aisha Lange of Settlement Services, Inc., the Declaration of Joy D. Llaguno, Esq., the Declarations of the Class Representatives, and the Parties' Amended Settlement Agreement (ECF No. 107-1). This Motion is further based on the pleadings, files, and documents of record in this Action, including the Parties' Motion for Preliminary Approval of the Amended Settlement,

Plaintiffs' Motion for an Award of Attorneys' Fees, Litigation Costs, and Class Representative Service Awards, and the documents attached thereto.

A Proposed Final Order and Judgment is filed concurrently herewith for the Court's consideration.

Date: March 30, 2023                               Respectfully submitted,


 /s/ Joy D. Llaguno                                 /s/ William E. Blick
Joy D. Llaguno                                     William E. Blick
**HOOK & HOOK PLLC**                               **GORDON REES SCULLY MANSUKHANI LLP**
430 East Oakview Drive, Suite 101                  707 Grant Street, Suite 3800
Waynesburg, PA 15370                               Pittsburgh, PA 15219
Phone: 724-802-7144                                Phone: (412) 577-7400
Fax:    724-802-7959                               Fax: (412) 347-5461
Email: jllaguno@hooklaw.com                        Email: wblick@grsm.com

*Counsel for Plaintiffs and the*                   *Counsel for Defendants*
*Putative Class*                                   *Nemacolin Woodlands, Inc.,*
                                                   *Nemacolin, Inc., and NWL, Co.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the Court's ECF system this 30th day of March, 2023, on all registered parties and counsel of record.

*/s/ Joy D. Llaguno*
Joy D. Llaguno